**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-6354**

_____

JOHNNIE D. ALLEN,

               Plaintiff - Appellant,

       v.

REGGILLETTE ANDERSON; HUBERT PERSON; DR. GEORGE SOLOMON; CAPTAIN COBB; MR. SAULS; LANCELOT MERRIT, Deceased; MR. HOWELL; MICHAEL MILLS; DARYLN WHITE; WALTER PENUEL; OFFICER GAY; ROBERT VANDIFORD; CAPT. R. WATSON; SERGEANT NOBLE; ALVIN KELLER; ROBERT C. LEWIS; DANNY SANFRIT; ESTATE OF LANCELOT MERRITT,

               Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:13-ct-03238-FL)

_____

Submitted: August 30, 2018               Decided: September 6, 2018

_____

Before MOTZ and WYNN, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Johnnie D. Allen, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnnie D. Allen appeals the district court's order granting summary judgment in favor of defendants and denying relief on his 42 U.S.C. § 1983 (2012) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Allen v. Anderson*, No. 5:13-ct-03238-FL (E.D.N.C. Mar. 29, 2018).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*